**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RAVI KALIA,

                        Plaintiff,

         -against-                                 22 **CIVIL** 7508 (VSB)

                                                 <u>**JUDGMENT**</u>

CITY COLLEGE OF NEW YORK, et al,

                        Defendants.

-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 18, 2025, Defendants' motion to dismiss

is GRANTED. Plaintiff's Title VII claims—his First, Second, and Fourth Causes of Action—are

DISMISSED WITH PREJUDICE. The remainder of Plaintiff's claims are DISMISSED

WITHOUT PREJUDICE; accordingly, the case is closed.

**Dated:**  New York, New York

        February 18, 2025

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

**BY:**

                                        **Deputy Clerk**